IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01542-WYD-MEH

MALIBU MEDIA, LLC,

      Plaintiff,

v.

IHOR FIGLUS,

      Defendant.

---

## ORDER OF DISMISSAL

---

THIS MATTER is before the Court on the parties' Stipulation for Dismissal with Prejudice filed November 26, 2013.  After a careful review of the Stipulation and the file, it is

ORDERED that the Stipulation for Dismissal with Prejudice (ECF No. 25) is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, each party to pay his or its own attorney's fees and costs.

      Dated:  November 27, 2013

                      BY THE COURT:

                      s/ Wiley Y. Daniel
                      Wiley Y. Daniel
                      Senior United States District Judge